UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
MARTA HANYZKIEWICZ, on behalf of
herself and all others similarly situated

                Civil Action No:
                1:22-cv-1196

                Plaintiff,

-v.-
UNITED STATES OF ARITZIA, INC.,

                Defendants.
---------------------------------------------------------------------

## **JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Marta Hanyzkiewicz and the Defendant, United States of Aritzia, Inc. that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** September 8, 2022

| For Plaintiff Marta Hanyzkiewicz | For Defendant United States of Aritzia, Inc. |
|---|---|
| *s/Mark Rozenberg* | *s/Thomas Touchie* |
| Mark Rozenberg | Thomas Touchie |
| Stein Saks, PLLC | Cooley LLP |
| One University Plaza | 55 Hudson Yards |
| Hackensack, NJ 07601 | New York, NY 10001 |
| Ph: (201) 282-6500 | Ph: (212) 479-6763 |
| mrozenberg@steinsakslegal.com | ttouchie@cooley.com |

**So Ordered.**
s/Nicholas G. Garaufis

**Hon. Nicholas G. Garaufis**
**Date:** 9/23/22